**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Suanne Wills                                          CHAPTER 13

Debtor(s)

BKY. NO. 22-12039 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
05 Oct 2022, 16:11:39, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322