

Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

| | |
|---|---|
| Pay Group: | H40-MLA Hourly 40 |
| Pay Begin Date: | 01/23/2022 |
| Pay End Date: | 02/05/2022 |

| | |
|---|---|
| Business Unit: | 13000 |
| Advice #: | 000000006012704 |
| Advice Date: | 02/11/2022 |

**Suanne Wills**
29 New Road
Aston, PA 19014

| | |
|---|---|
| Employee ID: | 31601 |
| Department: | R04030-Dietary & Nutrition |
| Location: | Bryn Mawr Rehabilitation |
| Job Title: | Cook |
| Pay Rate: | $20.320000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 20.320000 | 79.00 | 1,605.28 | 229.00 | 4,653.28 |
| Overtime | 30.480000 | 1.75 | 53.34 | 13.50 | 416.67 |
| AD&D Credits | | | 0.42 | | 1.26 |
| Life Credits | | | 1.63 | | 4.89 |
| LTD Credits | | | 5.12 | | 15.36 |
| Short Term Disability Credits | | | 6.48 | | 19.44 |
| 2nd Shift Differential | | | 0.00 | 4.25 | 5.53 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 80.75 | 1,672.27 | 256.75 | 5,421.23 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 0.00 |
| Fed MED/EE | 22.24 | 72.59 |
| Fed OASDI/EE | 95.10 | 310.37 |
| PA Unempl EE | 1.00 | 3.25 |
| PA W/H | 47.01 | 153.45 |
| PA WILLISTOWN TWP W/H | 15.31 | 49.98 |
| PA LS Tax | 2.00 | 6.00 |
| TOTAL: | 182.66 | 595.64 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 307.56 |
| Dental | 21.46 | 64.38 |
| Vision | 5.74 | 17.22 |
| Life Insurance | 1.63 | 4.89 |
| Supplemental Life Insurance | 1.85 | 5.55 |
| AD&D | 1.23 | 3.69 |
| Short Term Disability | 6.48 | 19.44 |
| 403(b) Tax Shelter Annuity | 215.62 | 699.43 |
| TOTAL: | 356.53 | 1,122.16 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 4.14 |
| LTD After Tax | 5.12 | 15.36 |
| TOTAL: | 6.50 | 19.50 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 1,427.22 |
| Dental | 21.46 | 64.38 |
| Supplemental Life Insurance* | 2.49 | 7.47 |
| 403(b) Tax Shelter Annuity | 16.59 | 53.80 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,672.27 | 1,318.23 | 182.66 | 363.03 | 1,126.58 |
| YTD | 5,421.23 | 4,306.54 | 595.64 | 1,141.66 | 3,683.93 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 16.00 |
| + Earned | 23.08 | 0.00 | 80.00 | 0.00 |
| - Taken | 0.00 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 76.31 | 0.00 | 80.00 | 16.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006012704 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 20.00 |
| | Savings | 0014106912 | 20.00 |
| | Checking | 8626693343 | 936.58 |
| TOTAL: | | | 1,126.58 |

| Pension Hours YTD | 252.50 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

| | |
|---|---|
| Pay Group: | H40-MLA Hourly 40 |
| Pay Begin Date: | 02/06/2022 |
| Pay End Date: | 02/19/2022 |

| | |
|---|---|
| Business Unit: | 13000 |
| Advice #: | 000000006024380 |
| Advice Date: | 02/25/2022 |

**Suanne Wills**
29 New Road
Aston, PA 19014

| | |
|---|---|
| Employee ID: | 31601 |
| Department: | R04030-Dietary & Nutrition |
| Location: | Bryn Mawr Rehabilitation |
| Job Title: | Cook |
| Pay Rate: | $20.320000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 20.320000 | 80.00 | 1,625.60 | 309.00 | 6,278.88 |
| Overtime | 30.480000 | 0.25 | 7.62 | 14.50 | 447.26 |
| AD&D Credits | | | 0.42 | | 1.68 |
| Life Credits | | | 1.63 | | 6.52 |
| LTD Credits | | | 5.12 | | 20.48 |
| Short Term Disability Credits | | | 6.48 | | 25.92 |
| Overtime | 20.607117 | 0.75 | 22.97 | | 0.00 |
| 2nd Shift Differential | 1.300000 | 9.00 | 11.70 | 13.25 | 17.23 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 90.00 | 1,681.54 | 346.75 | 7,102.77 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 0.00 |
| Fed MED/EE | 22.37 | 94.96 |
| Fed OASDI/EE | 95.67 | 406.04 |
| PA Unempl EE | 1.01 | 4.26 |
| PA W/H | 47.30 | 200.75 |
| PA WILLISTOWN TWP W/H | 15.41 | 65.39 |
| PA LS Tax | 2.00 | 8.00 |
| TOTAL: | 183.76 | 779.40 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 410.08 |
| Dental | 21.46 | 85.84 |
| Vision | 5.74 | 22.96 |
| Life Insurance | 1.63 | 6.52 |
| Supplemental Life Insurance | 1.85 | 7.40 |
| AD&D | 1.23 | 4.92 |
| Short Term Disability | 6.48 | 25.92 |
| 403(b) Tax Shelter Annuity | 216.83 | 916.26 |
| TOTAL: | 357.74 | 1,479.90 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 5.52 |
| LTD After Tax | 5.12 | 20.48 |
| TOTAL: | 6.50 | 26.00 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 1,902.96 |
| Dental | 21.46 | 85.84 |
| Supplemental Life Insurance* | 2.49 | 9.96 |
| 403(b) Tax Shelter Annuity | 16.68 | 70.48 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,681.54 | 1,326.29 | 183.76 | 364.24 | 1,133.54 |
| YTD | 7,102.77 | 5,632.83 | 779.40 | 1,505.90 | 4,817.47 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 16.00 |
| + Earned | 30.77 | 0.00 | 80.00 | 0.00 |
| - Taken | 0.00 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 84.00 | 0.00 | 80.00 | 16.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006024380 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 20.00 |
| | Savings | 0014106912 | 20.00 |
| | Checking | 8626693343 | 943.54 |
| TOTAL: | | | 1,133.54 |

| | |
|---|---|
| Pension Hours YTD | 333.50 |

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 02/20/2022
Pay End Date: 03/05/2022

Business Unit: 13000
Advice #: 000000006036129
Advice Date: 03/11/2022

Susanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 57.50 | 1,359.88 | 366.50 | 7,638.76 |
| Basic Leave | 23.650000 | 8.00 | 189.20 | 8.00 | 189.20 |
| Holiday Hours | 23.650000 | 16.00 | 378.40 | 16.00 | 378.40 |
| AD&D Credits | | | 0.42 | | 2.10 |
| Life Credits | | | 1.63 | | 8.15 |
| LTD Credits | | | 5.12 | | 25.60 |
| Short Term Disability Credits | | | 6.48 | | 32.40 |
| Overtime | 35.475000 | 0.25 | 8.87 | 14.75 | 456.13 |
| 2nd Shift Differential | | | 0.00 | 13.25 | 17.23 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 81.75 | 1,950.00 | 428.50 | 9,052.77 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 0.00 |
| Fed MED/EE | 26.26 | 121.22 |
| Fed OASDI/EE | 112.27 | 518.31 |
| PA Unempl EE | 1.17 | 5.43 |
| PA W/H | 55.48 | 256.23 |
| PA WILLISTOWN TWP W/H | 18.07 | 83.46 |
| PA LS Tax | 2.00 | 10.00 |
| TOTAL: | 215.25 | 994.65 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 512.60 |
| Dental | 21.46 | 107.30 |
| Vision | 5.74 | 28.70 |
| Life Insurance | 1.89 | 8.41 |
| Supplemental Life Insurance | 2.15 | 9.55 |
| AD&D | 1.43 | 6.35 |
| Short Term Disability | 7.55 | 33.47 |
| 403(b) Tax Shelter Annuity | 251.73 | 1,167.99 |
| TOTAL: | 394.47 | 1,874.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 6.90 |
| LTD After Tax | 5.96 | 26.44 |
| TOTAL: | 7.34 | 33.34 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 2,378.70 |
| Dental | 21.46 | 107.30 |
| Supplemental Life Insurance* | 3.46 | 13.42 |
| 403(b) Tax Shelter Annuity | 19.36 | 89.84 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,950.00 | 1,558.99 | 215.25 | 401.81 | 1,332.94 |
| YTD | 9,052.77 | 7,191.82 | 994.65 | 1,907.71 | 6,150.41 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 16.00 |
| + Earned | 38.46 | 0.00 | 80.00 | 0.00 |
| - Taken | 8.00 | 0.00 | 0.00 | 16.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 83.69 | 0.00 | 80.00 | 0.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006036129 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 100.00 |
| | Savings | 0014106912 | 100.00 |
| | Checking | 8626693343 | 982.94 |
| TOTAL: | | | 1,332.94 |

| Pension Hours YTD | 415.25 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 03/06/2022
Pay End Date: 03/19/2022

Business Unit: 13000
Advice #: 000000006047927
Advice Date: 03/25/2022

**Suanne Wills**
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 78.25 | 1,850.61 | 444.75 | 9,489.37 |
| Overtime | 26.711224 | 9.00 | 333.05 | 23.75 | 789.18 |
| Critical Staffing Bonus | 18.750000 | 8.00 | 150.00 | 8.00 | 150.00 |
| AD&D Credits | | | 0.42 | | 2.52 |
| Life Credits | | | 1.63 | | 9.78 |
| LTD Credits | | | 5.12 | | 30.72 |
| Short Term Disability Credits | | | 6.48 | | 38.88 |
| Basic Leave | | | 0.00 | 8.00 | 189.20 |
| 2nd Shift Differential | | | 0.00 | 13.25 | 17.23 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 95.25 | 2,347.31 | 523.75 | 11,400.08 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 26.73 | 26.73 |
| Fed MED/EE | 32.01 | 153.23 |
| Fed OASDI/EE | 136.90 | 655.21 |
| PA Unempl EE | 1.41 | 6.84 |
| PA W/H | 67.68 | 323.91 |
| PA WILLISTOWN TWP W/H | 22.05 | 105.51 |
| PA LS Tax | 2.00 | 12.00 |
| TOTAL: | 288.78 | 1,283.43 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 615.12 |
| Dental | 21.46 | 128.76 |
| Vision | 5.74 | 34.44 |
| Life Insurance | 1.89 | 10.30 |
| Supplemental Life Insurance | 2.15 | 11.70 |
| AD&D | 1.43 | 7.78 |
| Short Term Disability | 7.55 | 41.02 |
| 403(b) Tax Shelter Annuity | 303.38 | 1,471.37 |
| TOTAL: | 446.12 | 2,320.49 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 8.28 |
| LTD After Tax | 5.96 | 32.40 |
| TOTAL: | 7.34 | 40.68 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 2,854.44 |
| Dental | 21.46 | 128.76 |
| Supplemental Life Insurance* | 3.46 | 16.88 |
| 403(b) Tax Shelter Annuity | 23.34 | 113.18 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,347.31 | 1,904.65 | 288.78 | 453.46 | 1,605.07 |
| YTD | 11,400.08 | 9,096.47 | 1,283.43 | 2,361.17 | 7,755.48 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 16.00 |
| + Earned | 46.15 | 0.00 | 80.00 | 0.00 |
| - Taken | 8.00 | 0.00 | 0.00 | 16.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 91.39 | 0.00 | 80.00 | 0.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006047927 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 100.00 |
| | Savings | 0014106912 | 100.00 |
| | Checking | 8626693343 | 1,255.07 |
| TOTAL: | | | 1,605.07 |

| Pension Hours YTD | 502.50 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 03/20/2022
Pay End Date: 04/02/2022

Business Unit: 13000
Advice #: 000000006059775
Advice Date: 04/08/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 64.75 | 1,531.34 | 509.50 | 11,020.71 |
| AD&D Credits | | | 0.42 | | 2.94 |
| Life Credits | | | 1.63 | | 11.41 |
| LTD Credits | | | 5.12 | | 35.84 |
| Short Term Disability Credits | | | 6.48 | | 45.36 |
| Basic Leave | | | 0.00 | 8.00 | 189.20 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 13.25 | 17.23 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| Overtime | | | 0.00 | 23.75 | 789.18 |
| TOTAL: | | 64.75 | 1,544.99 | 588.50 | 12,945.07 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 26.73 |
| Fed MED/EE | 20.39 | 173.62 |
| Fed OASDI/EE | 87.15 | 742.36 |
| PA Unempl EE | 0.93 | 7.77 |
| PA W/H | 43.05 | 366.96 |
| PA WILLISTOWN TWP W/H | 14.02 | 119.53 |
| PA LS Tax | 2.00 | 14.00 |
| TOTAL: | 167.54 | 1,450.97 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 717.64 |
| Dental | 21.46 | 150.22 |
| Vision | 5.74 | 40.18 |
| Life Insurance | 1.89 | 12.19 |
| Supplemental Life Insurance | 2.15 | 13.85 |
| AD&D | 1.43 | 9.21 |
| Short Term Disability | 7.55 | 48.57 |
| 403(b) Tax Shelter Annuity | 199.07 | 1,670.44 |
| TOTAL: | 341.81 | 2,662.30 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 9.66 |
| LTD After Tax | 5.96 | 38.36 |
| TOTAL: | 7.34 | 48.02 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 3,330.18 |
| Dental | 21.46 | 150.22 |
| Supplemental Life Insurance* | 3.46 | 20.34 |
| 403(b) Tax Shelter Annuity | 15.31 | 128.49 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,544.99 | 1,206.64 | 167.54 | 349.15 | 1,028.30 |
| YTD | 12,945.07 | 10,303.11 | 1,450.97 | 2,710.32 | 8,783.78 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 16.00 |
| + Earned | 53.85 | 0.00 | 80.00 | 0.00 |
| - Taken | 8.00 | 0.00 | 0.00 | 16.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 99.08 | 0.00 | 80.00 | 0.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006059775 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 100.00 |
| | Savings | 0014106912 | 100.00 |
| | Checking | 8626693343 | 678.30 |
| TOTAL: | | | 1,028.30 |

| Pension Hours YTD | 567.25 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 04/03/2022
Pay End Date: 04/16/2022

Business Unit: 13000
Advice #: 000000006071682
Advice Date: 04/22/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 75.00 | 1,773.75 | 584.50 | 12,794.46 |
| AD&D Credits | | | 0.42 | | 3.36 |
| Life Credits | | | 1.63 | | 13.04 |
| LTD Credits | | | 5.12 | | 40.96 |
| Short Term Disability Credits | | | 6.48 | | 51.84 |
| Overtime | 24.964235 | 2.50 | 90.33 | 26.25 | 879.51 |
| Critical Staffing Bonus | 12.500000 | 4.00 | 50.00 | 4.00 | 50.00 |
| 2nd Shift Differential | 1.300000 | 4.50 | 5.85 | 17.75 | 23.08 |
| Basic Leave | | | 0.00 | 8.00 | 189.20 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 86.00 | 1,933.58 | 674.50 | 14,878.65 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 8.77 | 35.50 |
| Fed MED/EE | 26.01 | 199.63 |
| Fed OASDI/EE | 111.25 | 853.61 |
| PA Unempl EE | 1.16 | 8.93 |
| PA W/H | 54.98 | 421.94 |
| PA WILLISTOWN TWP W/H | 17.91 | 137.44 |
| PA LS Tax | 2.00 | 16.00 |
| TOTAL: | 222.08 | 1,673.05 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 820.16 |
| Dental | 21.46 | 171.68 |
| Vision | 5.74 | 45.92 |
| Life Insurance | 1.89 | 14.08 |
| Supplemental Life Insurance | 2.15 | 16.00 |
| AD&D | 1.43 | 10.64 |
| Short Term Disability | 7.55 | 56.12 |
| 403(b) Tax Shelter Annuity | 249.59 | 1,920.03 |
| TOTAL: | 392.33 | 3,054.63 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 11.04 |
| LTD After Tax | 5.96 | 44.32 |
| TOTAL: | 7.34 | 55.36 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 3,805.92 |
| Dental | 21.46 | 171.68 |
| Supplemental Life Insurance* | 3.46 | 23.80 |
| 403(b) Tax Shelter Annuity | 19.20 | 147.69 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,933.58 | 1,544.71 | 222.08 | 399.67 | 1,311.83 |
| YTD | 14,878.65 | 11,847.82 | 1,673.05 | 3,109.99 | 10,095.61 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 61.54 | 0.00 | 80.00 | 0.00 |
| - Taken | 8.00 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 106.77 | 0.00 | 80.00 | 0.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006071682 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 25.00 |
| | Savings | 0014106912 | 25.00 |
| | Checking | 8626693343 | 1,111.83 |
| TOTAL: | | | 1,311.83 |

| Pension Hours YTD | 644.75 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 04/17/2022
Pay End Date: 04/30/2022

Business Unit: 13000
Advice #: 000000006083614
Advice Date: 05/06/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 75.75 | 1,791.49 | 660.25 | 14,585.95 |
| Overtime | 23.748372 | 3.00 | 106.57 | 29.25 | 986.08 |
| 2nd Shift Differential | 1.300000 | 3.25 | 4.23 | 21.00 | 27.31 |
| AD&D Credits | | | 0.42 | | 3.78 |
| Life Credits | | | 1.63 | | 14.67 |
| LTD Credits | | | 5.12 | | 46.08 |
| Short Term Disability Credits | | | 6.48 | | 58.32 |
| Basic Leave | 23.650000 | 1.75 | 41.39 | 9.75 | 230.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| TOTAL: | | 83.75 | 1,957.33 | 758.25 | 16,835.98 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 35.50 |
| Fed MED/EE | 26.37 | 226.00 |
| Fed OASDI/EE | 112.72 | 966.33 |
| PA Unempl EE | 1.17 | 10.10 |
| PA W/H | 55.71 | 477.65 |
| PA WILLISTOWN TWP W/H | 18.15 | 155.59 |
| PA LS Tax | 2.00 | 18.00 |
| TOTAL: | 216.12 | 1,889.17 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 922.68 |
| Dental | 21.46 | 193.14 |
| Vision | 5.74 | 51.66 |
| Life Insurance | 1.89 | 15.97 |
| Supplemental Life Insurance | 2.15 | 18.15 |
| AD&D | 1.43 | 12.07 |
| Short Term Disability | 7.55 | 63.67 |
| 403(b) Tax Shelter Annuity | 252.68 | 2,172.71 |
| TOTAL: | 395.42 | 3,450.05 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 12.42 |
| LTD After Tax | 5.96 | 50.28 |
| TOTAL: | 7.34 | 62.70 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 4,281.66 |
| Dental | 21.46 | 193.14 |
| Supplemental Life Insurance* | 3.46 | 27.26 |
| 403(b) Tax Shelter Annuity | 19.44 | 167.13 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,957.33 | 1,565.37 | 216.12 | 402.76 | 1,338.45 |
| YTD | 16,835.98 | 13,413.19 | 1,889.17 | 3,512.75 | 11,434.06 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 69.23 | 0.00 | 80.00 | 8.00 |
| - Taken | 9.75 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 112.71 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006083614 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 25.00 |
| | Savings | 0014106912 | 25.00 |
| | Checking | 8626693343 | 1,138.45 |
| TOTAL: | | | 1,338.45 |

| Pension Hours YTD | 725.25 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 05/01/2022
Pay End Date: 05/14/2022

Business Unit: 13000
Advice #: 000000006095562
Advice Date: 05/20/2022

**Suanne Wills**
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 80.00 | 1,892.00 | 740.25 | 16,477.95 |
| Overtime | 23.786374 | 5.50 | 195.49 | 35.00 | 1,190.44 |
| 3rd Shift Differential | 1.550000 | 4.00 | 6.20 | 4.00 | 6.20 |
| AD&D Credits | | | 0.42 | | 4.20 |
| Life Credits | | | 1.63 | | 16.30 |
| LTD Credits | | | 5.12 | | 51.20 |
| Short Term Disability Credits | | | 6.48 | | 64.80 |
| Overtime | 35.475000 | 0.25 | 8.87 | | 0.00 |
| Basic Leave | | | 0.00 | 9.75 | 230.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 21.00 | 27.31 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 35.50 |
| Fed MED/EE | 28.66 | 254.66 |
| Fed OASDI/EE | 122.57 | 1,088.90 |
| PA Unempl EE | 1.27 | 11.37 |
| PA W/H | 60.59 | 538.24 |
| PA WILLISTOWN TWP W/H | 19.73 | 175.32 |
| PA LS Tax | 2.00 | 20.00 |
| TOTAL: | 234.82 | 2,123.99 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 1,025.20 |
| Dental | 21.46 | 214.60 |
| Vision | 5.74 | 57.40 |
| Life Insurance | 1.89 | 17.86 |
| Supplemental Life Insurance | 2.15 | 20.30 |
| AD&D | 1.43 | 13.50 |
| Short Term Disability | 7.55 | 71.22 |
| 403(b) Tax Shelter Annuity | 273.33 | 2,446.04 |
| TOTAL: | 416.07 | 3,866.12 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 13.80 |
| LTD After Tax | 5.96 | 56.24 |
| TOTAL: | 7.34 | 70.04 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 4,757.40 |
| Dental | 21.46 | 214.60 |
| Supplemental Life Insurance* | 3.46 | 30.72 |
| 403(b) Tax Shelter Annuity | 21.03 | 188.16 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,116.21 | 1,703.60 | 234.82 | 423.41 | 1,457.98 |
| YTD | 18,952.19 | 15,116.79 | 2,123.99 | 3,936.16 | 12,892.04 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 76.92 | 0.00 | 80.00 | 8.00 |
| - Taken | 9.75 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 120.41 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006095562 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 25.00 |
| | Savings | 0014106912 | 25.00 |
| | Checking | 8626693343 | 1,257.98 |
| TOTAL: | | | 1,457.98 |

| Pension Hours YTD | 811.00 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 05/15/2022
Pay End Date: 05/28/2022

Business Unit: 13000
Advice #: 000000006107571
Advice Date: 06/03/2022

**Suanne Wills**
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 39.75 | 940.09 | 780.00 | 17,418.04 |
| Basic Leave | 23.650000 | 40.00 | 946.00 | 49.75 | 1,176.59 |
| AD&D Credits | | | 0.42 | | 4.62 |
| Life Credits | | | 1.63 | | 17.93 |
| LTD Credits | | | 5.12 | | 56.32 |
| Short Term Disability Credits | | | 6.48 | | 71.28 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 21.00 | 27.31 |
| 3rd Shift Differential | | | 0.00 | 4.00 | 6.20 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| Overtime | | | 0.00 | 35.00 | 1,190.44 |
| TOTAL: | | 79.75 | 1,899.74 | 927.75 | 20,851.93 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 35.50 |
| Fed MED/EE | 25.53 | 280.19 |
| Fed OASDI/EE | 109.14 | 1,198.04 |
| PA Unempl EE | 1.14 | 12.51 |
| PA W/H | 53.94 | 592.18 |
| PA WILLISTOWN TWP W/H | 17.57 | 192.89 |
| PA LS Tax | 2.00 | 22.00 |
| TOTAL: | 209.32 | 2,333.31 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 1,127.72 |
| Dental | 21.46 | 236.06 |
| Vision | 5.74 | 63.14 |
| Life Insurance | 1.89 | 19.75 |
| Supplemental Life Insurance | 2.15 | 22.45 |
| AD&D | 1.43 | 14.93 |
| Short Term Disability | 7.55 | 78.77 |
| 403(b) Tax Shelter Annuity | 245.19 | 2,691.23 |
| TOTAL: | 387.93 | 4,254.05 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 15.18 |
| LTD After Tax | 5.96 | 62.20 |
| TOTAL: | 7.34 | 77.38 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 5,233.14 |
| Dental | 21.46 | 236.06 |
| Supplemental Life Insurance* | 3.46 | 34.18 |
| 403(b) Tax Shelter Annuity | 18.86 | 207.02 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,899.74 | 1,515.27 | 209.32 | 395.27 | 1,295.15 |
| YTD | 20,851.93 | 16,632.06 | 2,333.31 | 4,331.43 | 14,187.19 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 84.62 | 0.00 | 80.00 | 8.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 88.10 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006107571 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 25.00 |
| | Savings | 0014106912 | 25.00 |
| | Checking | 8626693343 | 1,095.15 |
| TOTAL: | | | 1,295.15 |

| Pension Hours YTD | 890.75 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 05/29/2022
Pay End Date: 06/11/2022

Business Unit: 13000
Advice #: 000000006119707
Advice Date: 06/17/2022

**Suanne Wills**
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 78.75 | 1,862.44 | 858.75 | 19,280.48 |
| AD&D Credits | | | 0.42 | | 5.04 |
| Life Credits | | | 1.63 | | 19.56 |
| LTD Credits | | | 5.12 | | 61.44 |
| Short Term Disability Credits | | | 6.48 | | 77.76 |
| Holiday Unscheduled Hourly | 23.650000 | 8.00 | 189.20 | 8.00 | 189.20 |
| Basic Leave | | | 0.00 | 49.75 | 1,176.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 21.00 | 27.31 |
| 3rd Shift Differential | | | 0.00 | 4.00 | 6.20 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 35.50 |
| Fed MED/EE | 27.92 | 308.11 |
| Fed OASDI/EE | 119.42 | 1,317.46 |
| PA Unempl EE | 1.24 | 13.75 |
| PA W/H | 59.02 | 651.20 |
| PA WILLISTOWN TWP W/H | 19.23 | 212.12 |
| PA LS Tax | 2.00 | 24.00 |
| **TOTAL:** | **228.83** | **2,562.14** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 1,230.24 |
| Dental | 21.46 | 257.52 |
| Vision | 5.74 | 68.88 |
| Life Insurance | 1.89 | 21.64 |
| Supplemental Life Insurance | 2.15 | 24.60 |
| AD&D | 1.43 | 16.36 |
| Short Term Disability | 7.55 | 86.32 |
| 403(b) Tax Shelter Annuity | 266.71 | 2,957.94 |
| **TOTAL:** | **409.45** | **4,663.50** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 16.56 |
| LTD After Tax | 5.96 | 68.16 |
| **TOTAL:** | **7.34** | **84.72** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 5,708.88 |
| Dental | 21.46 | 257.52 |
| Supplemental Life Insurance* | 3.46 | 37.64 |
| 403(b) Tax Shelter Annuity | 20.52 | 227.54 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,065.29 | 1,659.30 | 228.83 | 416.79 | 1,419.67 |
| YTD | 22,917.22 | 18,291.36 | 2,562.14 | 4,748.22 | 15,606.86 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 92.31 | 0.00 | 80.00 | 16.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | 95.79 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006119707 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 25.00 |
| | Savings | 0014106912 | 25.00 |
| | Checking | 8626693343 | 1,219.67 |
| **TOTAL:** | | | **1,419.67** |

| Pension Hours YTD | 977.50 |
|---|---|

MESSAGE:



Main Line Health

**Main Line Hospitals, Inc.**
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 06/12/2022
Pay End Date: 06/25/2022

Business Unit: 13000
Advice #: 000000006131920
Advice Date: 07/01/2022

**Suanne Wills**
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $23.650000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.650000 | 77.00 | 1,821.05 | 935.75 | 21,101.53 |
| 2nd Shift Differential | 1.300000 | 8.25 | 10.73 | 29.25 | 38.04 |
| AD&D Credits | | | 0.42 | | 5.46 |
| Life Credits | | | 1.63 | | 21.19 |
| LTD Credits | | | 5.12 | | 66.56 |
| Short Term Disability Credits | | | 6.48 | | 84.24 |
| Basic Leave | | | 0.00 | 49.75 | 1,176.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 3rd Shift Differential | | | 0.00 | 4.00 | 6.20 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| Holiday Premium | | | 0.00 | 10.00 | 304.80 |
| Holiday Unscheduled Hourly | | | 0.00 | 8.00 | 189.20 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 35.50 |
| Fed MED/EE | 24.74 | 332.85 |
| Fed OASDI/EE | 105.78 | 1,423.24 |
| PA Unempl EE | 1.11 | 14.86 |
| PA W/H | 52.27 | 703.47 |
| PA WILLISTOWN TWP W/H | 17.03 | 229.15 |
| PA LS Tax | 2.00 | 26.00 |
| TOTAL: | 202.93 | 2,765.07 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 102.52 | 1,332.76 |
| Dental | 21.46 | 278.98 |
| Vision | 5.74 | 74.62 |
| Life Insurance | 1.89 | 23.53 |
| Supplemental Life Insurance | 2.15 | 26.75 |
| AD&D | 1.43 | 17.79 |
| Short Term Disability | 7.55 | 93.87 |
| 403(b) Tax Shelter Annuity | 238.13 | 3,196.07 |
| TOTAL: | 380.87 | 5,044.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 17.94 |
| LTD After Tax | 5.96 | 74.12 |
| TOTAL: | 7.34 | 92.06 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 475.74 | 6,184.62 |
| Dental | 21.46 | 278.98 |
| Supplemental Life Insurance* | 3.46 | 41.10 |
| 403(b) Tax Shelter Annuity | 18.32 | 245.86 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,845.43 | 1,468.02 | 202.93 | 388.21 | 1,254.29 |
| YTD | 24,762.65 | 19,759.38 | 2,765.07 | 5,136.43 | 16,861.15 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 100.00 | 0.00 | 80.00 | 16.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 103.48 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006131920 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 50.00 |
| | Savings | 0014106912 | 50.00 |
| | Checking | 8626693343 | 1,004.29 |
| TOTAL: | | | 1,254.29 |

| Pension Hours YTD | 1,054.50 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 06/26/2022
Pay End Date: 07/09/2022

Business Unit: 13000
Advice #: 000000006154845
Advice Date: 07/15/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $26.000000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 26.000000 | 72.25 | 1,878.50 | 1,008.00 | 22,980.03 |
| Overtime | 39.000000 | 1.75 | 68.25 | 36.75 | 1,258.69 |
| AD&D Credits | | | 0.42 | | 5.88 |
| Life Credits | | | 1.63 | | 22.82 |
| LTD Credits | | | 5.12 | | 71.68 |
| Short Term Disability Credits | | | 6.48 | | 90.72 |
| 3rd Shift Differential | 1.550000 | 4.00 | 6.20 | 8.00 | 12.40 |
| Holiday Premium | 39.000000 | 7.75 | 302.25 | 17.75 | 607.05 |
| Superior Experience Award | | | 0.00 | | 755.05 |
| Basic Leave | | | 0.00 | 49.75 | 1,176.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 29.25 | 38.04 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 201.61 |
| Fed MED/EE | 30.42 | 374.22 |
| Fed OASDI/EE | 130.06 | 1,600.11 |
| PA Unempl EE | 1.36 | 16.67 |
| PA W/H | 64.27 | 790.92 |
| PA WILLISTOWN TWP W/H | 20.94 | 257.64 |
| PA LS Tax | 2.00 | 28.00 |
| TOTAL: | 249.05 | 3,269.17 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 133.80 | 1,466.56 |
| Dental | 21.46 | 300.44 |
| Vision | 5.74 | 80.36 |
| Life Insurance | 2.08 | 25.61 |
| Supplemental Life Insurance | 2.36 | 29.11 |
| AD&D | 1.57 | 19.36 |
| Short Term Disability | 8.30 | 102.17 |
| 403(b) Tax Shelter Annuity | 293.18 | 3,489.25 |
| TOTAL: | 468.49 | 5,512.86 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 19.32 |
| LTD After Tax | 6.55 | 80.67 |
| TOTAL: | 7.93 | 99.99 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 444.46 | 6,629.08 |
| Dental | 21.46 | 300.44 |
| Life Insurance* | 0.35 | 0.35 |
| Supplemental Life Insurance* | 3.81 | 44.91 |
| 403(b) Tax Shelter Annuity | 22.55 | 268.41 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,268.85 | 1,804.52 | 249.05 | 476.42 | 1,543.38 |
| YTD | 27,786.55 | 22,318.95 | 3,269.17 | 5,612.85 | 18,904.53 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 107.69 | 0.00 | 80.00 | 16.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 111.18 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006154845 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 50.00 |
| | Savings | 0014106912 | 50.00 |
| | Checking | 8626693343 | 1,293.38 |
| TOTAL: | | | 1,543.38 |

| Pension Hours YTD | 1,136.25 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 07/10/2022
Pay End Date: 07/23/2022

Business Unit: 13000
Advice #: 000000006167312
Advice Date: 07/29/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $26.000000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Healthy Reward Bonus | | | 100.00 | | 100.00 |
| Regular | 26.000000 | 80.00 | 2,080.00 | 1,088.00 | 25,060.03 |
| Overtime | 39.000000 | 6.00 | 234.00 | 42.75 | 1,492.69 |
| AD&D Credits | | | 0.42 | | 6.30 |
| Life Credits | | | 1.63 | | 24.45 |
| LTD Credits | | | 5.12 | | 76.80 |
| Short Term Disability Credits | | | 6.48 | | 97.20 |
| Superior Experience Award | | | 0.00 | | 755.05 |
| Basic Leave | | | 0.00 | 49.75 | 1,176.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 29.25 | 38.04 |
| 3rd Shift Differential | | | 0.00 | 8.00 | 12.40 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 201.61 |
| Fed MED/EE | 32.72 | 406.94 |
| Fed OASDI/EE | 139.90 | 1,740.01 |
| PA Unempl EE | 1.46 | 18.13 |
| PA W/H | 69.15 | 860.07 |
| PA WILLISTOWN TWP W/H | 22.52 | 280.16 |
| PA LS Tax | 2.00 | 30.00 |
| TOTAL: | 267.75 | 3,536.92 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 133.80 | 1,600.36 |
| Dental | 21.46 | 321.90 |
| Vision | 5.74 | 86.10 |
| Life Insurance | 2.08 | 27.69 |
| Supplemental Life Insurance | 2.36 | 31.47 |
| AD&D | 1.57 | 20.93 |
| Short Term Disability | 8.30 | 110.47 |
| 403(b) Tax Shelter Annuity | 300.82 | 3,790.07 |
| TOTAL: | 476.13 | 5,988.99 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 20.70 |
| LTD After Tax | 6.55 | 87.22 |
| TOTAL: | 7.93 | 107.92 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 444.46 | 7,073.54 |
| Dental | 21.46 | 321.90 |
| Life Insurance* | 0.35 | 0.70 |
| Supplemental Life Insurance* | 3.81 | 48.72 |
| 403(b) Tax Shelter Annuity | 23.14 | 291.55 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,427.65 | 1,955.68 | 267.75 | 484.06 | 1,675.84 |
| YTD | 30,214.20 | 24,274.63 | 3,536.92 | 6,096.91 | 20,580.37 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 115.38 | 0.00 | 80.00 | 16.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 118.87 | 0.00 | 80.00 | 8.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006167312 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 50.00 |
| | Savings | 0014106912 | 50.00 |
| | Checking | 8626693343 | 1,425.84 |
| TOTAL: | | | 1,675.84 |

| Pension Hours YTD | 1,222.25 |
|---|---|

MESSAGE:



Main Line Health

Main Line Hospitals, Inc.
3803 West Chester Pike, Suite 250
Newtown Square, PA 19073

Pay Group: H40-MLA Hourly 40
Pay Begin Date: 07/24/2022
Pay End Date: 08/06/2022

Business Unit: 13000
Advice #: 000000006179646
Advice Date: 08/12/2022

Suanne Wills
29 New Road
Aston, PA 19014

Employee ID: 31601
Department: R04030-Dietary & Nutrition
Location: Bryn Mawr Rehabilitation
Job Title: Cook
Pay Rate: $26.000000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 26.000000 | 80.00 | 2,080.00 | 1,168.00 | 27,140.03 |
| Overtime | 39.000000 | 11.00 | 429.00 | 53.75 | 1,921.69 |
| AD&D Credits | | | 0.42 | | 6.72 |
| Life Credits | | | 1.63 | | 26.08 |
| LTD Credits | | | 5.12 | | 81.92 |
| Short Term Disability Credits | | | 6.48 | | 103.68 |
| Superior Experience Award | | | 0.00 | | 755.05 |
| Basic Leave | | | 0.00 | 49.75 | 1,176.59 |
| Critical Staffing Bonus | | | 0.00 | 4.00 | 50.00 |
| Critical Staffing Bonus | | | 0.00 | 8.00 | 150.00 |
| 2nd Shift Differential | | | 0.00 | 29.25 | 38.04 |
| 3rd Shift Differential | | | 0.00 | 8.00 | 12.40 |
| Holiday Hours | | | 0.00 | 16.00 | 378.40 |
| CONTINUED NEXT PAGE | | | | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 0.00 | 201.61 |
| Fed MED/EE | 34.09 | 441.03 |
| Fed OASDI/EE | 145.78 | 1,885.79 |
| PA Unempl EE | 1.51 | 19.64 |
| PA W/H | 72.06 | 932.13 |
| PA WILLISTOWN TWP W/H | 23.47 | 303.63 |
| PA LS Tax | 2.00 | 32.00 |
| TOTAL: | 278.91 | 3,815.83 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical | 133.80 | 1,734.16 |
| Dental | 21.46 | 343.36 |
| Vision | 5.74 | 91.84 |
| Life Insurance | 2.08 | 29.77 |
| Supplemental Life Insurance | 2.54 | 34.01 |
| AD&D | 1.57 | 22.50 |
| Short Term Disability | 8.30 | 118.77 |
| 403(b) Tax Shelter Annuity | 326.17 | 4,116.24 |
| TOTAL: | 501.66 | 6,490.65 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Child Life | 1.38 | 22.08 |
| LTD After Tax | 6.55 | 93.77 |
| Benefit Deds Voluntary | 114.03 | 114.03 |
| TOTAL: | 121.96 | 229.88 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Medical | 444.46 | 7,518.00 |
| Dental | 21.46 | 343.36 |
| Life Insurance* | 0.35 | 1.05 |
| Supplemental Life Insurance* | 3.81 | 52.53 |
| 403(b) Tax Shelter Annuity | 25.09 | 316.64 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,522.65 | 2,025.15 | 278.91 | 623.62 | 1,620.12 |
| YTD | 32,736.85 | 26,299.78 | 3,815.83 | 6,720.53 | 22,200.49 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 53.23 | 0.00 | 0.00 | 0.00 |
| + Earned | 123.08 | 0.00 | 80.00 | 24.00 |
| - Taken | 49.75 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 126.56 | 0.00 | 80.00 | 16.00 |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006179646 | Savings | 8626693378 | 50.00 |
| | Checking | 8563321373 | 100.00 |
| | Savings | 0014107242 | 50.00 |
| | Savings | 0014106912 | 50.00 |
| | Checking | 8626693343 | 1,370.12 |
| TOTAL: | | | 1,620.12 |

| Pension Hours YTD | 1,313.25 |
|---|---|

MESSAGE: