**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**     **Suanne Wills,**                **: Chapter 13**
                        **Debtor**             **: Case No. 22-12039-mdc**

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE CLERK:

       Kindly mark the Objection to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 19 on September 7, 2022 as **WITHDRAWN**.

                                      Respectfully submitted:

                                      **TOSCANI, STATHES & ZOELLER, LLC.**

Dated: October 19, 2022           /s/ Stephen V. Bottiglieri
                                      Stephen V. Bottiglieri, Esquire
                                      Attorney for Delaware County Tax Claim Bureau
                                      899 Cassatt Rd, Ste 320
                                      Berwyn, PA 19312
                                      P (610) 647-4901
                                      sbottiglieri@tszlegal.com