United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12039-mdc
Suanne Wills     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 14, 2023     Form ID: 155     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suanne Wills, 29 New Road, Aston, PA 19014-1032 |
| 14726574 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14719323 | + | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 899 Cassatt Road, 400 Berwyn Park, Ste. 320, Berwyn, PA 19312-1190 |
| 14727080 | + | PNC Bank N.A, C/O BRIAN CRAIG NICHOLAS, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14719057 | + | Stephen V. Bottiglieri, Esquire, Toscani, Stathes & Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14724802 | + | Email/Text: documentfiling@lciinc.com | Apr 14 2023 23:42:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14710926 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 23:53:39 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14716172 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 23:53:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14710927 | + | Email/Text: bankruptcy@cavps.com | Apr 14 2023 23:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14711568 | + | Email/Text: bankruptcy@cavps.com | Apr 14 2023 23:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14710928 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 14 2023 23:42:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14719056 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 14 2023 23:42:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14710929 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2023 23:42:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14713875 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2023 23:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14722504 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 23:42:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14728789 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 23:42:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14710930 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 23:42:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14710924 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 23:42:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 14, 2023 | Form ID: 155 | Total Noticed: 19

| | | | |
|---|---|---|---|
| 14726968 | ^ MEBN | Apr 14 2023 23:36:46 | Birmingham, AL 35233<br>PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14710925 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14719078 | *+ | Stephen V. Bottiglieri, Esquire, Toscani, Stathes & Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Suanne Wills brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank N.A bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com<br>ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Suanne Wills
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−12039−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 13, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Magdeline D. Coleman
                                              Chief Judge ,
                                              United States Bankruptcy Court

                                                          49
                                                      Form 155