UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Suanne Wills, | : | Chapter 13 |
| | Debtor | : | Case No. 22-12039-djb |
| | | : | |
| Delaware County Tax Claim Bureau | | : | |
| | Movant | : | |
| vs. | | : | |
| Suanne Wills, | | : | |
| | Respondent | : | |
| and | | : | |
| Kenneth E. West, | | : | |
| | Trustee | : | |

## MOTION OF THE DELAWARE COUNTY TAX CLAIM BUREAU FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 OF THE UNITED STATES BANKRUPTCY CODE PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

Movant, the Delaware County Tax Claim Bureau, by and through its counsel, Toscani, Stathes & Zoeller, LLC, hereby requests the termination of the Automatic Stay and leave to sell certain real estate owned by Debtor Suanne Wills and respectfully avers as follows:

1. Movant Delaware County Tax Claim Bureau ("Movant") is a County Agency responsible for collecting past due real estate taxes in Delaware County, Pennsylvania.

2. Debtor Suanne Wills ("Debtor") is the owner of 29 New Road, Aston, Delaware County, Pennsylvania bearing folio number 02-00-01676-00 ("subject premises").

3. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on August 4, 2022.

4. Prior to filing the Petition, Debtor was delinquent with the real estate taxes on the subject premises for the tax years 2020 through 2021 in the amount of $7,857.85 plus interest. A true and correct copy of Proof of Claim No. 4 is attached hereto and marked as Exhibit

Page 1 of 4

"A".

5. After filing the Petition, Debtor became delinquent with the 2025 real estate taxes due on the subject premises in the amount of $5,566.80 as of June 2026. A true and correct copy of the delinquent 2025 real estate taxes due at the Delaware County Tax Claim Bureau as of June 1, 2026 is attached hereto and marked as Exhibit "B".

6. That Pennsylvania allows a tax claim bureau of a Second-Class County to add nine percent (9%) interest on all delinquent real estate taxes turned over to the tax claim bureau for collection. The application of the interest charge is authorized by Section 306 of the Real Estate Tax Sale Law, Act 542 of 1947 as amended. Codified at 72 P.S. §5860.101, *et seq.*

7. That interest at the rate of nine percent (9%) will continue to accrue on the delinquent real estate tax balance until the taxes, fees and costs are paid in full.

8. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause" which includes a lack of adequate protection of an interest in real estate.

9. Sufficient "cause" for relief from the stay under Section 362(d)(1) is established where a debtor has failed to make installment payments or payments due under a court-approved plan, on a secured debt, or where the Debtor(s) have no assets or equity in the property.

10. As set forth herein, Debtor defaulted on the secured obligation to pay real estate taxes which is established by the real estate taxes being turned over to Movant for collection. See Exhibit "B".

11. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay pursuant to 11 U.S.C. §1301, to allow the Delaware County Tax Claim Bureau to pursue its state court remedies, including listing

the subject premises for a delinquent real estate tax sale.

12. The Delaware County Tax Claim Bureau is not adequately protected because the Debtor made no provision for the payment of the ongoing real estate taxes on the subject premises after the filing of the Petition.  See Exhibit "B".

13. Movant's interest would be irreparably harmed by the continuation of the Stay as Debtor has not paid the post-petition real estate taxes due on the subject premises. See Exhibit "B".

14. As set forth herein, Debtor defaulted on the post-petition secured obligation to pay real estate taxes which is established by the real estate taxes being turned over to Movant for collection. See Exhibit "B". A true and correct copy of the Declaration in Support of Motion is attached hereto as Exhibit "C".

15. Movant requests relief from the Automatic Stay under 11 U.S.C. §362 so that Movant may sell the subject premises the next appropriate Tax Sale in accordance with the Pennsylvania Real Estate Tax Sale Law.

16. The Movant requests relief from Rule 4001 (a)(4) to sell the subject real estate in the next delinquent real estate tax sale.

**WHEREFORE,** the Delaware County Tax Claim Bureau respectfully requests this Honorable Court to enter an Order modifying the Automatic Stay with regard to the Delaware County Tax Claim Bureau and 29 New Road, Aston, Delaware County, Pennsylvania bearing folio number 02-00-01676-00 to allow the Delaware County Tax Claim Bureau to sell said real property at the next applicable County Tax Sale and that Rule 4001 (a)(4) is not applicable to the Delaware County Tax Claim Bureau.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC**

Dated: June 1, 2026

BY: ___/s/ Stephen V. Bottiglieri___
Stephen V. Bottiglieri, Esquire
Attorney for Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com

**EXHIBIT "A"**

**Fill in this information to identify the case:**

Debtor 1   Suanne Wills

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **22-12039**

FILED

**U.S. Bankruptcy Court
Eastern District of Pennsylvania**

9/6/2022

**Timothy B. McGrath, Clerk**

## Official Form 410
## Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1.**Who is the current creditor?** | Delaware County Tax Claim Bureau<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2.**Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| 3.**Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Delaware County Tax Claim Bureau<br><br>Name<br><br>Government Center Building<br>201 W. Front Street<br>Media, PA 19063<br><br>Contact phone _____<br><br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br><br><br>Contact phone _____<br><br>Contact email _____ |
| 4.**Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM / DD / YYYY |
| 5.**Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7600 |

| | |
|---|---|
| 7. **How much is the claim?** | $ 9786.62    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>2020−2021 real estate taxes/29 New Road, Aston/02−00−01676−00 |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>  **Nature of property:**<br>  ☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.<br>  ☐ Motor vehicle<br>  ☑ Other. Describe:    29 New Road, Aston/02−00−01676−00<br><br>  **Basis for perfection:**    2020−2021 taxes<br><br>  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>  **Value of property:**    $ 169840.00<br>  **Amount of the claim that is secured:**    $ 9786.62<br>  **Amount of the claim that is unsecured:**    $ 0.00    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>  **Amount necessary to cure any default as of the date of the petition:**    $ 7857.85<br><br>  **Annual Interest Rate** (when case was filed)    9 %<br>  ☑ Fixed<br>  ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: |

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No<br>☐ Yes. *Check all that apply*: | |

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      9/6/2022

MM / DD / YYYY

/s/  /s/ Stephen V. Bottiglieri

Signature

Print the name of the person who is completing and signing this claim:

| Name | /s/ Stephen V. Bottiglieri |
|---|---|
| | First name    Middle name    Last name |
| Title | Attorney for Creditor |
| Company | Toscani, Stathes & Zoeller, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 899 Cassatt Rd, Suite 320 |
| | Number   Street |
| | Berwyn, PA 19312 |
| | City   State   ZIP Code |
| Contact phone | 610–647–4901   Email   sbottiglieri@tszlegal.com |

Official Form 410                                  Proof of Claim                                  page 3

**EXHIBIT "B"**

**DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT**   DT520PADEL
Rev. 01/18

Delq Year :   2025   Type:  ANNUAL   Cert :
Parcel No :   02-00-01676-00
Owner1   :   WILLS SUANNE   Owner2 :

Property Location  :  29 NEW RD   Desc :  2 STY HSE
Date : 06/01/2026   Balance Due as of :   06/2026

### DELINQUENT REAL ESTATE TAXES

|  |  | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| **COUNTY** | **CHG** | 657.79 | 65.78 | 21.71 | 745.28 |
| ASSMT: 169840 | **PAY/ADJ** | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **NET** | 657.79 | 65.78 | 21.71 | 745.28 |
| **SCHOOL** | **CHG** | 3,202.37 | 320.24 | 105.68 | 3,628.29 |
| ASSMT 169840 | **PAY/ADJ** | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **NET** | 3,202.37 | 320.24 | 105.68 | 3,628.29 |
| **MUNICIPALITY** | **CHG** | 996.67 | 99.67 | 32.89 | 1,129.23 |
| ASSMT: 169840 | **PAY/ADJ** | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **NET** | 996.67 | 99.67 | 32.89 | 1,129.23 |
| **COST** | **CHG** | 64.00 | 0.00 | 0.00 | 64.00 |
|  | **PAY/ADJ** | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **NET** | 64.00 | 0.00 | 0.00 | 64.00 |
| **TOTAL** | **CHG** | 4,920.83 | 485.69 | 160.28 | 5,566.80 |
|  | **PAY** | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **NET** | 4,920.83 | 485.69 | 160.28 | 5,566.80 |

**EXHIBIT "C"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Suanne Wills,                    :     Chapter 13
                        Debtor              :     Case No. 22-12039-djb

## DECLARATION IN SUPPORT OF MOTION FOR RELIEF

I, Michelle Peale, Judicial and Repository Sale Coordinator for the Delaware County Tax Claim Bureau, hereby certify the following to be true under penalty of perjury:

1. I am employed by the County of Delaware as the Judicial and Repository Sale Coordinator for the Delaware County Tax Claim Bureau and am authorized to execute this Declaration on behalf of the Delaware County Tax Claim Bureau ("Movant"). This Declaration is offered in support of the Motion for Relief which is annexed hereto.

2. In my capacity as the Judicial and Repository Sale Coordinator for the Delaware County Tax Claim Bureau, I have access to Movant's digital and physical real estate tax records, including the records for the real estate owned by Debtor Suanne Wills ("Debtor") located at 29 New Road, Aston, Delaware County, Pennsylvania bearing folio number 02-00-01676-00 ("Subject Premises"). The facts stated herein are based upon the information I have obtained by reviewing records maintained by Movant in the ordinary course of business, as part of the regularly conducted business activity, by and from information transmitted by the person(s) and/or entity(ies) with knowledge of the delinquent real estate taxes turned over to Movant for collection.

3. My review of Movant's physical records and computer system for the Subject Premises did not reveal any discrepancies in the accounting records and confirmed the total delinquency, by tax year, that remains due on the Subject Premises. There are no errors, exceptions, or missing payments in the delinquent real estate tax records at the Tax Claim Bureau for the subject real estate.

4. According to Movant's business records, the delinquent real estate taxes due on the Subject Premises total $5,566.80 as of June 2026.

5. As of June 1, 2026, Debtor is delinquent with the post-petition real estate taxes due on the Subject Premises in the amount of $5,566.80. The delinquent real estate taxes, including interest, costs, and penalties of June 1, 2026, is as follows:
   a. $   745.28 for the 2025 county real estate taxes;
   b. $3,628.29 for 2025 school district real estate taxes;
   c. $1,129.23 for 2025 municipal real estate taxes; and
   d. $64.00 in costs (not including the $199.00 Motion for Relief filing fee).

6. The post-petition delinquency will increase as a result of the interest and costs pursuant to the Pennsylvania Real Estate Tax Sale Law.

7. I hereby certify, under penalty of perjury, that the foregoing is trust and correct.

Dated: 6-1-26

Michelle Pedle, Judicial and Repository
Sale Coordinator for the
Delaware County Tax Claim Bureau